UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRUEGER, et al,<br><br>                      Plaintiffs,<br><br>v.<br><br>ESTATE OF SUGATA DAS, et al,<br><br>                      Defendants. | Case No.: 22-cv-1862-CAB-AGS<br><br>**ORDER TO SHOW CAUSE** |

      Defendant Estate of Sugata Das removed this case to federal court on the basis of diversity jurisdiction under 28 U.S.C. § 1332. Diversity jurisdiction under § 1332 requires that the parties to the action be "citizens of different states" and the matter in controversy to exceed $75,000, exclusive of interests and costs. 28 U.S.C. § 1332. Although the amount in controversy requirement appears to be satisfied, the notice of removal does not adequately establish diversity of citizenship. Specifically, the notice does not establish the citizenship of Defendants Samarth Investment Co., LLC and Samarth Aviation, LLC. The Court is satisfied that Plaintiffs are citizens of California and all other Defendants hold citizenship in Arizona.

      The citizenship of both Defendant Samarth Investment Co. and Samarth Aviation, limited liability companies, is determined by the citizenship of each of their respective members. See *3123 SMB LLC v. Horn*, 880 F.3d 461, 465 (9th Cir. 2018) ("For purposes

of diversity jurisdiction, a limited liability company 'is a citizen of every state of which its owners/members are citizens.'") (quoting *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006)).   The notice of removal does not identify Samarth Investment Co.'s or Samarth Aviation's members nor their citizenship.

In light of the foregoing, on or before **December 8, 2022**, Defendant Estate of Sugata Das is hereby **ORDERED TO SHOW CAUSE** to why this case should not be remanded to the San Diego County Superior Court for lack of subject matter jurisdiction.

It is **SO ORDERED**.

Dated:  November 30, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge