UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY EDEN KRUEGER, et al, <br><br>Plaintiff, <br><br>v. <br><br>ESTATE OF SUGATA DAS, et al, <br><br>Defendant. | Case No.:  22-CV-1862-CAB-AGS <br><br>**REMAND ORDER** |

In light of Defendant Estate of Sugata Das' response to the Court's order to show cause [Doc. No. 6], this case is remanded to the San Diego County Superior Court.

It is **SO ORDERED.**

Dated:  December 7, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge